UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2007 MAR 13 AM 10: 54
CLERK_____
SO. DIST. OF GA.

HENRY L. LESTER, )
  )
   Petitioner, )
  )
v. ) Case No. CV606-058
  )
RALPH BATTLE, Warden, )
  )
   Respondent. )

### ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _13_ day of _March_, 2007.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA